UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 26-2407 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 11, 2026, Plaintiff Judicial Watch and Defendant U.S. Department of Justice (the "Department"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated March 10, 2026, that Plaintiff submitted to the Federal Bureau of Investigations ("FBI"). Plaintiff brought this suit on July 8, 2026, and the Department answered the Complaint on August 10, 2026.

2. The FBI reports it has completed its search for potentially responsive records and anticipates completing processing of all potentially responsive records it located by November 9, 2026.

3. The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index. At present, Defendant does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

4. Accordingly, the parties respectfully propose that they file their next joint status report on or before November 10, 2026, and every sixty days thereafter, to update the Court on the status of their engagement.

Dated: September 10, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*

*/s/ Kara M. Davis*
KARA M. DAVIS
D.C. Bar No. 90034377
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel.: (202) 646-0307
Email: kdavis@judicialwatch.org

*Attorney for Plaintiff*